EDWARDS, J.,
Concurring in Part and Dissenting in Part.
Ill concur with the majority opinion in that it establishes that the proper vehicle for a challenge to a probation revocation is by an application for supervisory writ, not by appeal. I also agree that, although Hoskins’ appeal is presented as an appeal from a ruling by the trial court to revoke his probation, it is, in fact, an appeal from the sentence imposed by the trial court. Accordingly, I would address the assignments of error and arguments made by the defendant regarding his sentence.
In my view, the sentence, having been deferred originally and imposed subsequent to an inadequate probation revocation, should be vacated. I would consider the appeal as a valid appeal from the imposition of the ten-year sentence, vacate the sentence, and remand the matter to the trial court for further proceedings.